UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. HARRIS,<br>    Plaintiff,<br>    v.<br>CAROLYN COLVIN,<br>    Defendant. | Case No. 15-cv-02694-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Brenda Harris, pro se, filed this action on June 16, 2015 appealing the determination of the onset date of Harris's disability by Defendant Carolyn Colvin, Acting Commissioner of the Social Security Administration (the "Commissioner"). After receiving two extensions of time from the Court, the Commissioner filed her answer on November 25, 2015 and served it on Harris via certified mail. *See* dkt. 18.

Pursuant to Civil Local Rule 16-5, Harris was required to file a motion for summary judgment no later than 28 days after receipt of the Commissioner's answer. No motion has been filed to date. Accordingly, Harris is hereby ORDERED to show cause why the case should not be dismissed for failure to prosecute, by filing a response to this Order **no later than April 29, 2016**. Harris's response must include either her motion for summary judgment or a request for an extension with an explanation of why additional time is needed. If Harris fails to file a response, the case will be dismissed.

Harris, who is not represented by counsel, is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, CA 94612. Appointments can be

1  made by calling (415) 782-8982 or signing up in the appointment book located outside either
2  office, and telephone appointments are available.  Lawyers at the Legal Help Center can provide
3  basic assistance to parties representing themselves but cannot provide legal representation.
4  **IT IS SO ORDERED.**
5  Dated: April 8, 2016

                                                                        _____
                                                                         JOSEPH C. SPERO
                                                                         Chief Magistrate Judge