United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA A. HARRIS,

        Plaintiff,

    v.

CAROLYN COLVIN,

        Defendant.

Case No.  15-cv-02694-JCS

**ORDER EXPUNGING ORDER TO SHOW CAUSE AND CONTINUING DEADLINE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Court is in receipt of Plaintiff Brenda Harris's response (dkt. 22) to the previously-issued Order to Show Cause ("OSC," dkt. 21).  Good cause showing, the OSC is hereby EXPUNGED, and the deadline for Harris to file her motion for summary judgment is CONTINUED.  Harris shall file her motion no later than July 20, 2016.

    **IT IS SO ORDERED.**

Dated: April 21, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge